# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EUGENE FELDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COOPERS, et al.,<br><br>　　　　　Defendants. | Case No.  1:01-cv-06365-LJO-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO WAIVE COST OF COPY OF DOCKET**<br><br>**(Doc. 28)** |

　　This action was closed almost thirteen years ago. (Docs. 23, 24.) In April, Plaintiff requested a copy of the docket in this action from the Clerk of the Court which was responded to by requiring Plaintiff to pay a minimal charge to obtain the copies and mail it to him. (Doc. 28, pp. 3-5.) On May 11, 2015, Plaintiff filed a motion requesting that the cost for a copy of the docket in this case be waived. (*Id.*) Plaintiff claims that he needs the docket in order to know what occurred in this case "in order to gain access to this Court." Id. at 2. The Court cannot fathom Plaintiff's meaning and he fails to explain.  Because the Court can discern no legitimate purpose for obtaining the copy of the docket, other than idle curiosity, the request to waive the fee is **DENIED**.

IT IS SO ORDERED.

　　Dated:　**May 20, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE